APPENDIX H

# INFORMATION REGARDING SPECIAL ASSIGNMENTS
## See D.C.COLO.LCivR 40.1

Case number of action being filed: _____

Case number of claimed related pending case in this court:

      QFA ROYALTIES LLC, *et al.* v. TOASTED SUBS FRANCHISEE ASSOCIATION, INC., Civil Action No. 06-CV-01138-WYD-CBS-MJW

      QFA ROYALTIES LLC, *et al.* v. JOHN SCHODRON, *et al.*, Civil Action No. 06-CV-01576-WYD-CBS-MJW

      QFA ROYALTIES LLC, *et al.* v. JEHAD MAJED, *et al.*, Civil Action No. 06-CV-01506-LTB-MEH

Judge assigned to claimed related case: Hon. Wiley Y. Daniel (Case Nos. 06-CV-01138 and 06-CV-01576) and Hon. Lewis T. Babcock (Case No. 06-CV-01506)

Type of action of claimed related case: Contract-Franchise

Status of claimed related pending case: Pending Discovery

State reasons the new case is claimed to be related to a pending case(s): Six of the plaintiffs in this matter have pending litigation against the same defendants in the above-referenced matters.

_____       CHRIS BRAY, ET AL. PLAINTIFFS
Attorney                                              Party

12/15/06
Date