```
06-CV-02528

nFri Dec 15 16:15:42 2006

   UNITED STATES DISTRICT COURT
   DENVER        , CO

Receipt No.   100 273136
Cashier       stacie

Check Number: 4192

DO Code    Div No
 4613        1

Sub Acct Type Tender      Amount
1:510000  N     2         190.00
2:086900  N     2          60.00
3:086400  N     2         100.00

Total Amount       $      350.00

FROM GREGORY R STROSS

06-CV-2528, NEW COMPLAINT,   SG
```