IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CHRIS BRAY, *et al.*

       Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

       Defendant.

_____

**MOTION FOR PRELIMINARY INJUNCTION AND
REQUEST FOR FORTHWITH HEARING**
_____

**COME NOW** the Plaintiffs, by and through their counsel, Gregory R. Stross, and move this Court for an Order, pursuant to Fed.R.Civ.P. 65, preliminarily restraining or enjoining the defendant QFA Royalties LLC:

    — from terminating the plaintiffs' franchise agreements or otherwise interfering with the continuing operations of the Plaintiffs' Quiznos restaurants based upon any acts taken by one or more plaintiffs with relation to the posting of information on the Toasted Subs Franchise Association website related to the death of Bhupinder Baber, or the solicitation of charitable contributions for the support of Bhupinder Baber's immediately family members;

— further that the Court enter an Order restraining or enjoining the Defendant's agents, employees, associated companies, and affiliated companies to include any mandated or designated suppliers of Quiznos' products from taking any actions that would interfere with the continued operations of Plaintiffs' Quiznos restaurants, based upon any acts taken by one or more plaintiffs in relation to the posting of information on the Toasted Subs Franchise Association website, related to the death of Bhupinder Baber, or the solicitation of charitable contributions for the support of Bhupinder Baber's immediately family members.

Plaintiffs request the Court conduct a forthwith hearing on the motion.

Due notice of this motion and the request for hearing has been given to Defendant by hand-delivering copies of the complaint, motion and brief in support of the motion, to Defendant's registered agent and by delivering copies of these documents by Federal Express to Defendants' counsel, Fredric A. Cohen, and by delivering copies of these documents by hand directly to Defendants' place of business at 1475 Lawrence Street, Suite 400, Denver, Colorado.

DATED:    December 15, 2006
          Denver, Colorado

GREGORY R. STROSS
ATTORNEY AT LAW

By: *s/Gregory R. Stross*
    Gregory R. Stross
    2940 Wells Fargo Center
    1700 Lincoln Street
    Denver, Colorado 80203
    Telephone 303-339-0647
    Facsimile 303-572-5111
    gstross@earthlink.net