# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK-CBS

CHRIS BRAY, *et al.*,

      Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

      Defendant.

## ORDER RE: MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY
## AND FOR SHORT CONTINUANCE OF HEARING

THE COURT HAVING reviewed Defendant QFA Royalties LLC's Motion for Leave to Take Expedited Discovery and for Short Continuance of Hearing, the file in this matter and being fully advised in the premises, IT IS HEREBY ORDERED:

Defendant QFA Royalties LLC's Motion is hereby GRANTED. Quiznos is permitted to take one (1) deposition of a member of each plaintiff group of its choosing (up to eight (8) depositions) with respect to the topics set forth in its motion. Further, the hearing on Plaintiffs' motion for preliminary injunction is continued and set for _____.

DONE AND SIGNED THIS \_\_\_\_\_ day of December, 2006.

                    BY THE COURT:

                    _____