AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Chris Bray, Sabine Bray, Training Pros Inc., Jehad Majed, Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Hakim Abid, Allison Abid, Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Anne Keane, LKB LLC, David Tate, Big Little Property Investments and CTH Investments

Vs.

QFA Royalties LLC

## APPEARANCE

Case Number: 1:06-CV-02528-JLK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for QFA Royalties LLC.

I certify that I am admitted to practice in this court.

12/19/06
Date

s/ Fredric A. Cohen
Signature

Fredric A. Cohen — 6198606
Print Name — Bar Number

DLA Piper US LLP, 203 N. LaSalle
Address

Chicago — IL — 60601
City — State — Zip Code

312/368-7066 — 312/630-5377
Phone Number — Fax Number



American LegalNet, Inc.
www.FormsWorkflow.com