# RETURN OF SERVICE

Case No. 06-CV-02528-JLK-CBS

STATE OF COLORADO       )
                        ) ss.
City & County of Denver )


I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served QFA ROYALTIES LLC., a true and correct copy of the within Summons In A Civil Action, together with Complaint and Jury Demand, Motion for Preliminary Injunction and Request for Forthwith Hearing, Brief In Support of Motion for Preliminary Injunction and Request for Forthwith Hearing, Declaration of Plaintiff David Tate with Exhibits A, B, C and D, Declaration of Plaintiff Anne Keane with Exhibits A, B, C and D, Declaration of Plaintiff Daniel G. Carter, Jr., with Exhibits A, B, C and D, Declaration of Plaintiff Allison Abid with Exhibits A, B and C, Declaration of Plaintiff Richard Newkirk with Exhibits A, B, C and D, Declaration of Plaintiff Brad Fix with Exhibits A, B, C, D and E, Declaration of Plaintiff Chris Bray with Exhibits A, B, C and D and Declaration of Plaintiff Jchad Majed with Exhibits A, B, C, D, E, F and G, by handing and delivering to CARRI BRYAN personally, as Registered Agent to QFA ROYALTIES LLC., at 1475 Lawrence Street, Unit 400, City of Denver, County of Denver, State of Colorado, on December 19, 2006 at 11:17 A.M. CARRI BRYAN being over the age of eighteen years.

_____
Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me on December 19, 2006
My commission expires on 02-07-07.


_____
Notary Public
438 Bannock Street
Denver, CO 80204

Dockets.Justia.com