IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Chris Bray, Sabine Bray, Training Pros Inc., Jehad Majed, Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Hakim Abid, Allison Abid, Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Anne Keane, LKB LLC, David Tate, Big Little Property Investments and CTH Investments | Case Number: 1:06-CV-02528-JLK |

Plaintiffs

Vs.

QFA Royalties LLC

Defendants.

## SUPPLEMENTAL CERTIFICATE OF SERVICE
## FOR APPEARANCE

     Fredric A. Cohen, an attorney, certifies that on December 19, 2006, he caused the Appearance to be filed electronically with the court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

                              /s/ Fredric A. Cohen
                              DLA Piper US LLP
                              203 North LaSalle, Suite 1900
                              Chicago, IL  60601
                              Bar #6198606

**Gregory Robert Stross**
Email: gstross@earthlink.net

CHGO1\30879665.1 12/20/06