IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   06-CV-02528-JLK-CBS

_____

CHRIS BRAY,
SABINE BRAY,
TRAINING PROS INC.,
JEHAD MAJED,
ALI MAJED,
Q FOOD SERVICE, INC.,
BRAD FIX,
JAN FIX,
BJ AND F LLC,
RICHARD NEWKIRK,
MAUREEN NEWKIRK,
DAVID NEWKIRK,
NEWKIRK ENTERPRISES, INC.,
R&M ENTERPRISES LLP,
HAKIM ABID,
ALLISON ABID,
DANIEL G. CARTER, JR.,
JODY L. CARTER,
DANIEL G. CARTER, SR.,
MADELEINE CARTER,
CARTER GROUP LLC,
CARTER GROUP ROSEVILLE LLC,
GLENN KEANE,
ANNE KEANE,
LKB LLC,
DAVID TATE,
BIG LITTLE PROPERTY INVESTMENTS,
and
CTH INVESTMENTS,

                Plaintiffs,

vs.

QFA ROYALTIES LLC,

                Defendant.

## NOTICE OF APPEARANCE OF
## JUSTIN M. KLEIN, ESQ. AS
## CO-COUNSEL FOR PLAINTIFF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This notice is to inform you that as of December 20, 2006, Justin M. Klein, Esq. has appeared as co-counsel for Plaintiffs Christopher Bray et al. in this action. Service of all pleadings, papers, and documents required to be served in this action should also be served on Mr. Klein as co-counsel for Christopher Bray et al. as follows:

1. Attorney: Justin M. Klein
2. Firm Name: Marks & Klein, LLP
3. Address: 63 Riverside Avenue, Red Bank, New Jersey 07701
4. Telephone Number: (732) 747-7100
5. Fax Number: (732) 219-0625
6. E-Mail: justin@marksklein.com

Dated: December 20, 2006

/s/ *Justin M. Klein*
By:_____
Justin M. Klein
For the Firm

Marks & Klein, LLP
63 Riverside Avenue
Red Bank NJ 07701
(732) 747-7100

Attorneys for Plaintiffs

**In accordance with C.R.C.P. 121 § 1-26(9), a duly signed original of this document is on file at the office of Marks & Klein, LLP and will be made available for inspection by other parties or the court upon request.**