IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02528-JLK-CBS

---

CHRIS BRAY,
SABINE BRAY,
TRAINING PROS INC.,
JEHAD MAJED,
ALI MAJED,
Q FOOD SERVICE, INC.,
BRAD FIX,
JAN FIX,
BJ AND F LLC,
RICHARD NEWKIRK,
MAUREEN NEWKIRK,
DAVID NEWKIRK,
NEWKIRK ENTERPRISES, INC.,
R&M ENTERPRISES LLP,
HAKIM ABID,
ALLISON ABID,
DANIEL G. CARTER, JR.,
JODY L. CARTER,
DANIEL G. CARTER, SR.,
MADELEINE CARTER,
CARTER GROUP LLC,
CARTER GROUP ROSEVILLE LLC,
GLENN KEANE,
ANNE KEANE,
LKB LLC,
DAVID TATE,
BIG LITTLE PROPERTY INVESTMENTS,
and
CTH INVESTMENTS,

    Plaintiffs,

 vs.

QFA ROYALTIES LLC,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Leonard H. MacPhee | Gregory R. Stross |
| Perkins Coie LLP | 1700 Lincoln St. |
| 1899 Wynkoop Street | Suite 2940 |
| Suite 700 | Denver, CO  80203 |
| Denver, CO  80202 | gstross@earthlink.net |
| lmacphee@perkinscoie.com | |

## DECLARATION

I, Justin M. Klein, declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

/s/ Justin M. Klein
_____
Justin M. Klein

**In accordance with C.R.C.P. 121 § 1-26(9), a duly signed original of this document is on file at the office of Marks & Klein, LLP and will be made available for inspection by other parties or the court upon request.**