# MARKS & KLEIN, LLP
### —COUNSELORS AT LAW—
63 RIVERSIDE AVENUE
RED BANK, NEW JERSEY 07701
(732) 747-7100
FACSIMILE (732) 219-0625

KARIN AHMED
karin@marksklein.com
Paralegal

New York Office:
55 Wall Street
New York, NY 10005

*VIA ELECTRONIC FILING*

Honorable John L. Kane
United States District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse, A838
901 19th Street
Denver, CO 80294

Re:   Chris Bray, et al. v. QFA Royalties, LLC
      Civil Action No. 06-cv-02528-JLK-CBS

Dear Judge Kane:

This office represents Plaintiffs in the above referenced matter.

In accordance with my conversation with your secretary yesterday, I am notifying Your Honor that Justin M. Klein, Esq. will be appearing at the scheduled December 22, 2006 preliminary injunction hearing via telephone. Mr. Klein was unable to travel to Denver today due to the weather conditions and airport closure. I will contact your chambers tomorrow morning to confirm a dial in number for Mr. Klein's appearance.

Due to the closure of the Court today, I am unable to notify you by telephone, therefore this notification letter is being filed electronically using the CM/ECF system.

Thank you for your consideration.

Respectfully submitted,

/s/ Karin Ahmed
Karin Ahmed
Paralegal

cc:   L. MacPhee, Esq. (via CM/ECF)
      G. Stross, Esq. (via email)
      J. Goode, Esq. (via email)
      M. Leitner, Esq. (via email)
      C. Bray, et al. (via email)

*Aggressively Righting Wrongs*