**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02528-JKL-CBS

CHRISTOPHER BRAY, *et al.,*

    Plaintiff,

v.

QFA ROYALTIES LLC,

    Defendants.

---

**ORDER**

---

Upon consideration of Plaintiffs' Motion for Preliminary Injunction ("Motion"), the file in this matter and being advised fully on the premises, it is hereby ORDERED:

1. A hearing on Plaintiffs' Motion is set for __ days commencing on _____.

2. The Defendants' Brief in Opposition is due on or before _____. Plaintiffs' Reply is due on or before _____.

3. The parties are permitted to take certain limited discovery prior to the hearing, as follows:

    a. Each side may serve 8 requests for production of documents on the other side. The document requests must be served electronically on or before ___ and responded to by ____.

    b. Each side may take depositions of the other. Defendants may take the deposition of a member of each plaintiff group (the member of the board

of directors) in Denver at a mutually agreed date and time before _____. Plaintiffs may take the deposition of a corporate representative (pursuant to Fed. R. Civ. P. 30 (b) (6) at a mutually agreed date and time within that same time period.

4. Based on Quiznos agreement and representation to the court, it is understood that Quiznos will maintain the status quo ante prior to the terminations of the respective franchise agreements pending the hearing and my decision on Plaintiffs' Motion. In this regard, Quiznos has stayed enforcement of the termination of all franchise agreements in issue and will not take any action, without court approval, to change that status quo ante or otherwise prevent the on-going operation of the stores. Quiznos has so agreed without waiver or prejudice to its rights and positions with respect to its opposition to Plaintiffs' Motion.

Dated December 22, 2006.

_____

Senior U.S. District Judge