# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK-CBS

CHRIS BRAY, et al.

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendant.

---

## ORDER RE:  STIPULATED MOTION TO SET DISCOVERY SCHEDULE ON EXPEDITED BASIS AND SET BRIEFING SCHEDULE AND EXTEND DEADLINES

---

THE Stipulated Motion to Set Discovery Schedule on Expedited Basis and Set Briefing Schedule and Extend Deadlines (doc. #26), filed January 10, 2007 is GRANTED. It is

ORDERED that written discovery will be served no later than January 11, 2007 and responses will be provided no later than January 22, 2007.  Depositions may occur in Denver at mutually agreed upon times on the days of January 24-26, 29 and 30, 2007.  It is

FURTHER ORDERED that the deadlines are hereby extended as follows:  (1) Quiznos' answer or other response to Plaintiffs' Complaint will be due 15 days following the date this Court rules on Plaintiffs' Motion for Preliminary Injunction; and (2) Quiznos'

Response to Plaintiffs' Motion for Preliminary Injunction is due on or before February 1, 2007 and Plaintiffs may file a Reply to Quiznos' Response which will be due on or before February 7, 2007.

Dated this 10th day of January, 2007.

BY THE COURT:

**_S/John L. Kane_**

Senior Judge, United States District Court