IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02528-JLK-CBS

---

BRAY, *et al.*

       Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

       Defendant.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

       AND NOW this ____ day of January, 2007, the Unopposed Motion For Extension Of Time To Respond The Defendant's Motion For Partial Summary Judgment having been received by the Court, the Court having reviewed the file and being advised in the premises, it is hereby,

       ORDERED that plaintiffs' Motion is GRANTED.  Plaintiffs have up to and including February 26, 2007 within which they may respond to Defendant's Motion For Partial Summary Judgment.

       BY THE COURT:

_____
United States District Court Judge

```
s:\quiznos franchise\braygroup\order more time 001.rtf
dmw
```