IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2528-JLK**

**CHRIS BRAY, et al.**,

      Plaintiffs,

v.

**QFA ROYALTIES LLC,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion for Partial Summary Judgment (doc. #29), filed January 31, 2007, is GRANTED. Plaintiffs shall have until February 26, 2007 to file a their response. Defendant's reply is due March 13, 2007.

Dated: January 31, 2007