IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2528-JLK**

**CHRIS BRAY, et al.**,

    Plaintiffs,

v.

**QFA ROYALTIES LLC,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Given the pendency of the three-day preliminary injunction hearing set to commence Monday, February 12, 2007, the parties shall submit a **Joint Status Report** on or before the close of business **Friday, February 9, 2007**. In light of suggestions in the parties' briefs that as many as five of the original eight Plaintiffs have settled their claims against Defendant, the Status Report shall include a statement regarding settlement and identify the specific parties, franchise agreements and claims that remain at issue in this case.

    In addition, the parties shall submit to chambers courtesy copies (via hand delivery or as .pdf documents via email) of any franchise agreements at issue. Electronic submissions should be sent to Kane_Chambers@cod.uscourts.gov.

Dated: February 7, 2007