# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Valeri P. Barnes　　　　　　　　　Date: February 8, 2007
Court Reporter: Adrienne Whitlow

Civil Action No. 06-cv-02528-JLK

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

CHRIS BRAY, *et al.,*　　　　　　　　　　　　　　　Justin Kein

　　　Plaintiffs,

v.

QFA ROYALTIES LLC,　　　　　　　　　　　　　　　Fredric Cohen
　　　　　　　　　　　　　　　　　　　　　　　　　Leonard MacPhee
　　　Defendant.

_____

### COURTROOM MINUTES
_____

HEARING: Motion

**1:59 p.m.**　　**Court in session.**

**ORDERED:**　Plaintiff Jehad Majed's Motion for Protective Order **(Doc . # 33)** is **denied.**

**ORDERED:**　Plaintiff Jehad Majed's deposition can be taken telephonically on February 9, 2007. The deposition is limited to two hours. The deposition is limited to the matters raised in Paragraph 8 of the Defendant's Response to Motion for Protective Order (Doc. # 34).

**ORDERED:**　All settlement documents are due no later than **February 12, 2007, at 9:00 a.m.**

**2:18 p.m.**　　**Court in recess.**

Total in-court time: 00:19