# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK-CBS

CHRISTOPHER BRAY, *et al.,*

     Plaintiffs,

v.

QFA ROYALTIES LLC,

     Defendant.

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated February 7, 2007 [Doc No. 32], the parties hereby file the following Joint Status Report:

1.     This matter is set for a three-day preliminary injunction hearing beginning on Monday, February 12, 2007.

**Status of Parties and Settlement**

2.     Certain of the Plaintiffs representing five of the eight Plaintiff Groups (specifically, (i) Jehad Majed, Ali Majed, and Q Food Service, Inc.; (ii) Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, and Carter Group Roseville LLC; (iii) Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., and R&M Enterprises LLP; (iv) David Tate, Big Little Property Investments, and CTH Investments; and (v) Glenn Keane, Anne Keane, and LKB, LLC) and Defendant have negotiated a settlement in principle. The parties are in the process of finalizing a Settlement Agreement, but

33668-0077/LEGAL13010826.1

as of this date have not finalized the same. However, those Plaintiffs have withdrawn their request for injunctive relief in light of the settlement.

3.   Therefore, there are only three remaining Plaintiff Groups whose franchise agreements remain at issue with respect to the motion for preliminary injunction. These remaining Plaintiffs are: (i) Chris Bray, Sabine Bray and Training Pros, Inc. (2 franchise agreements); (ii) Brad Fix, Jan Fix and BJ and F, LLC (3 franchise agreements); and (iii) Hakim Abid and Allison Abid (2 franchise agreements).

4.   As requested in the February 7, 2007 Minute Order, copies of the Franchise Agreements pertaining to these three remaining Plaintiff Parties are being submitted via email to Judge Kane's chambers.

Dated this 9th day of February 2007

Respectfully submitted,

s/Gregory R. Stross
Gregory R. Stross
Attorney for Plaintiffs
2940 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone 303-339-0647
Facsimile 303-572-5111
gstross@earthlink.net

s/ *Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Defendant
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: lmacphee@perkinscoie.com