IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02528-JLK-CBS
_____

CHRISTOPHER BRAY, *et al.*

        Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

        Defendant.
_____

**STIPULATED MOTION TO DISMISS WITH PREJUDICE BETWEEN PLAINTIFFS JEHAD MAJED, ALI MAJED, Q FOOD SERVICE, INC., RICHARD NEWKIRK, MAUREEN NEWKIRK, DAVID NEWKIRK, NEWKIRK ENTERPRISES, INC., R&M ENTERPRISES LLP, DANIEL G. CARTER, JR., JODY L. CARTER, DANIEL G. CARTER, SR., MADELEINE CARTER, CARTER GROUP LLC, CARTER GROUP ROSEVILLE LLC, GLENN KEANE, ANNE KEANE, LKB LLC, DAVID TATE, BIG LITTLE PROPERTY INVESTMENTS, CTH INVESTMENTS, and DEFENDANT QFA ROYALTIES LLC**
_____

COME NOW jointly plaintiffs Jehad Majed, Ali Majed, Q Food Service, Inc., Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, and CTH Investments, with defendant QFA Royalties LLC, by and through their respective undersigned counsel, and move this Court to dismiss this case as to these plaintiffs and defendant with prejudice, indicating that these parties have a reached a complete

1

settlement as to all claims and issues presented in this matter.  Each party will be responsible for their own costs and attorney's fees incurred in prosecuting or defending the action.

DATED this 11th day of December, 2007.

                                              Respectfully submitted,

*s/Gregory R. Stross*
Gregory R. Stross
Attorney for Plaintiffs
2940 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone 303-339-0647
Facsimile 303-572-5111
gstross@earthlink.net


s/ *Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Defendant
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: lmacphee@perkinscoie.com