## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: LaDonne Bush                         Date: February 12, 2007
Court Reporter: Gwen Daniel

Civil Action No. 06-cv-02528-JLK

CHRIS BRAY,                                            Gregory Stross
SABINE BRAY,                                           Justin Kein
TRAINING PROS INC.,
BRAD FIX,
JAN FIX,
BJ AND F LLC,
HAKIM ABID, and
ALLISON ABID,

      Plaintiffs,

v.

QFA ROYALTIES LLC,                                     Fredric Cohen
                                                       Leonard MacPhee
      Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Preliminary Injunction - Day One**

9:06 a.Court in session.

**ORDERED:**   Stipulated Motion to Dismiss with Prejudice Between Plaintiffs Jehad
            Majed, Ali Majed, Q Food Service, Inc., Richard Newkirk, Maureen
            Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP,
            Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine
            Carter, Carter Group LLC, Carter Group Roseville Llc, Glenn Keane,
            Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH
            Investments, and Defendant QFA Royalties LLC (Doc. 39) is granted.

**ORDERED:**   The caption of this case is amended to reflect the remaining parties only.

Court summarizes the case.

Counsel request a recess to discuss a possible stipulation of facts.

9:26 a.m.      Court in recess.
11:05 a.m.     Court in session.

Statement by Mr. Stross.

11:10 a.m.     Plaintiff Allison Abid sworn.

Direct examination of Ms. Abid by Mr. Stross.

**Plaintiffs' Exhibits 25, 26, 12, 13, 4, 5, 6, 1, 2, 3 admitted.**

11:47 a.m.     Cross examination by Mr. MacPhee.

11:58 a.m.     Court in recess.
1:20 p.m.      Court in session.

Continued cross examination of Ms. Abid by Mr. MacPhee.

**Defendant's Exhibit A-10 admitted.**

**Plaintiffs' Exhibits 18, 19 admitted.**

2:05 p.m.      Redirect examination by Mr. Stross.

2:09 p.m.      Further examination by Mr. MacPhee.

2:10 p.m.      Plaintiff Brad Fix sworn.

Direct examination of Mr. Fix by Mr. Stross.

**Plaintiffs' Exhibits 9, 10, 11, 29, 30, 31 admitted.**

Cross examination of Mr. Fix by Mr. Cohen.

**Defendant's Exhibit B-4 stipulated.**

3:09 p.m.      Court in recess.
3:27 p.m.      Court in session.

Continued cross examination of Mr. Fix by Mr. Cohen.

Redirect examination by Mr. Stross.

3:56 p.m.      Plaintiff Christopher Bray sworn.

Direct examination of Mr. Bray by Mr. Stross.

**Plaintiffs' Exhibits 7,8, 27, 28, 17, 20, 22, 23 admitted.**

4:29 p.m.      Court in recess.

Hearing concluded.
Time: 4:04