IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.   06-cv-02528-JLK              Date   February 12, 2007

Case Title   Bray, et al. v. QFA Royalties LLC al.

## DEFENDANT'S WITNESS LIST

| Witness | Date(s) Testified |
|---|---|
| Patrick Meyers | |
| Carri Bryan | |
| Michael Daigle | |
| Leslie Patten | |

[33668-0449-000000/13016324_1.DOC]
33668-0077/LEGAL13016324.1

2/9/07