# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### JOHN L. KANE, SENIOR JUDGE

**Case No.**    06-cv-02528-JLK-CBS            **Date** **February 12, 2007**

**Case Title**    CHRIS BRAY, *et al.*, vs. QFA ROYALTIES LLC

### Plaintiffs' Witness List

| Witness | Date(s) Testified |
|---|---|
| Allison Abid | |
| Brad Fix | |
| Christopher Bray | |
| Pat Meyers | |
| Ratty Baber (by deposition) | |
| Lt. Jeffrey Piper (by deposition) | |
| Carri Bryan (by deposition) | |
| | |
| | |
| | |
| | |
| | |
| | |

Dockets.Justia.com