EXHIBIT LIST OF PLAINTIFF GROUPS ABID, BRAY AND FIX

CASE CAPTION Christopher Bray, et al., v. QFA Royalties LLC          CASE NUMBER 06-CV-02528-JLK-CBS

Page No. 1

*List of Plaintiff's Exhibits by Number (1, 2, 3, etc.) And Defendant's Exhibits by Letter (A, B, C, etc.)*

| EX NO. | WITNESS | DESCRIPTION | REC. | REJ. | RUL. RESVD. | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | | Bob Baber suicide letter – 3 pages (Bates numbered (Q-06-2528) 000946-948) | 2/12 | | | |
| 2 | | TSFA Website Capture – TSFA Opening webpage, Baber Memorial webpage, webpage with suicide letter (Bates numbered (Q-06-2528) 000927-932; 000936-945;) | 2/12 | | | |
| 3 | | TSFA Website Capture – Baber Memorial webpage & suicide letter (Bates numbered (Q-06-2528) 000927-932) | 2/12 | | | |
| 4 | | TSFA By-Laws | 2/12 | | | |
| 5 | | QFA Ltr.-Notice of Term.-12/8/06 – To Hakim Abid – Store No. 3652 | 2/12 | | | |
| 6 | | QFA Ltr.-Notice of Term.-12/8/06 – To Hakim Abid – Store No. 3653 | 2/12 | | | |
| 7 | | QFA Ltr.-Notice of Term.-12/8/06 – To Chris Bray – Store No. 370 | 2/12 | | | |
| 8 | | QFA Ltr.-Notice of Term.-12/8/06 – To Chris Bray – Store No. 838 | 2/12 | | | |
| 9 | | QFA Ltr.-Notice of Term.-12/8/06 – To Brad Fix – Store No. 353 | 2/12 | | | |

EXHIBIT LIST OF PLAINTIFF GROUPS ABID, BRAY AND FIX   CASE NUMBER 06-CV-02528-JLK-CBS

CASE CAPTION Christopher Bray, et al, v. QFA Royalties LLC   Page No. 2

*List of Plaintiff's Exhibits by Number (1, 2, 3, etc.) And Defendant's Exhibits by Letter (A, B, C, etc.)*

| EX NO. | WITNESS | DESCRIPTION | REC. | REJ. | RUL. RESVD. | COMMENTS |
|---|---|---|---|---|---|---|
| 10 | | QFA Ltr.-Notice of Term.-12/8/06 – To Brad Fix – Store No. 701 | 2/12 | | | |
| 11 | | QFA Ltr.-Notice of Term.-12/8/06 – To Brad Fix – Store No. 770 | 2/12 | | | |
| 12 | | Guaranty & Assumption – Addendum to FA of Hakim Abid - Store No. 3652 | 2/12 | | | |
| 13 | | Guaranty & Assumption – Addendum to FA of Hakim Abid - Store No. 3653 | 2/12 | | | |
| 14 | | Letter/e-mail to TSFA from Allison ABid – 12/11/06 | | | | |
| 15 | | TSFA website capture of comments on open/public forum – 12/11/06 (Bates numbered (Q-06-2528) 000919-926) | 2/13 | | | |
| 16 | | Bluemaumau website capture of comments on open/public forum – 12/11/06 (Bates numbered 001006-1016) | 2/13 | | | |

EXHIBIT LIST OF PLAINTIFF GROUPS ABID, BRAY AND FIX

CASE CAPTION Christopher Bray, et al, v. QFA Royalties LLC     CASE NUMBER 06-CV-02528-JLK-CBS

Page No. 3

*List of Plaintiff's Exhibits by Number (1, 2, 3, etc.) And Defendant's Exhibits by Letter (A, B, C, etc.)*

| EX NO. | WITNESS | DESCRIPTION | REC. | REJ. | RUL. RESVD. | COMMENTS |
|---|---|---|---|---|---|---|
| 17 | | Quiznos Memorandum – 5428 (Bates numbered (Q-06-2528) 000949) | 2/13 | | | |
| 18 | | Email from J. Majed to Chris Bray & David Tate; 11/28/2006 6:11 p.m.; re Bad News from CA | 2/13 | | | |
| 19 | | Email from J. Majed to Chris Bray & multiple recip.; 11/29/2006 1:18 p.m.; re Bad News from CA | 2/13 | | | |
| 20 | | Email from J. Majed to Chris Bray & multiple recip.; 12/3/2006 12:32 p.m.; re (memorial fund banking) | 2/13 | | | |
| 21 | | Email from J. Majed to Bob Baber; 12/3/2006 1:47 p.m.; re Please Review the Attached . . . . . | 2/13 | | | |
| 22 | | Email from J. Majed to Chris Bray; 12/5/2006 6:36 p.m.; re Bob Article (Whittier Daily News web link) | 2/13 | | | |
| 23 | | Email from J. Majed to Chris Bray; 12/5/2006, 7:26 p.m, re Bob's note to media | 2/13 | | | |

EXHIBIT LIST OF PLAINTIFF GROUPS ABID, BRAY AND FIX

CASE CAPTION Christopher Bray, et al, v. QFA Royalties LLC                              CASE NUMBER 06-CV-02528-JLK-CBS

Page No. 4

*List of Plaintiff's Exhibits by Number (1, 2, 3, etc.) And Defendant's Exhibits by Letter (A, B, C, etc.)*

| EX NO. | WITNESS | DESCRIPTION | REC. | REJ. | RUL. RESVD. | COMMENTS |
|---|---|---|---|---|---|---|
| 24 | | Email from J. Majed to Ratty Baber 12/6/2006 7:54 p.m.; re Links to TSFA web site | 2/13 | | | |
| 25 | | Franchise Agreement with Hakim Abid, 5/17/2002; Store No. 3652 (Bates no. beginning (Q-06-2528) 000001) (not fully sequential) | 2/12 | | | |
| 26 | | Franchise Agreement with Hakim Abid, 6/1/2002; Store No. 3653 (Bates no. beginning (Q-06-2528) 000061) (not fully sequential) | 2/12 | | | |
| 27 | | Franchise Agreement with Bray group, 4/30/1997; Store No. 370 (Bates no. beginning (Q-06-2528) 000129) | 2/12 | | | |
| 28 | | Franchise Agreement with Bray group, 10/7/1998; Store No. 838 (Bates no. beginning (Q-06-2528) 000173) | 2/12 | | | |
| 29 | | Franchise Agreement with Fix group, 5/12/1997; Store No. 353 (Bates no. beginning (Q-06-2528) 000455) | 2/12 | | | |

# EXHIBIT LIST OF PLAINTIFF GROUPS ABID, BRAY AND FIX

CASE CAPTION Christopher Bray, et al, v. QFA Royalties LLC      CASE NUMBER 06-CV-02528-JLK-CBS

*List of Plaintiff's Exhibits by Number (1, 2, 3, etc.) And Defendant's Exhibits by Letter (A, B, C, etc.)*

Page No. 5

| EX NO. | WITNESS | DESCRIPTION | REC. | REJ. | RUL. RESVD. | COMMENTS |
|---|---|---|---|---|---|---|
| 30 | | Franchise Agreement with Fix group, 7/31/2002; Store No. 701 (Bates no. beginning (Q-06-2528) 000492) | 2/12 | | | |
| 31 | | Franchise Agreement with Fix group, 7/13/1998; Store No. 770 (Bates no. beginning (Q-06-2528) 000554) | 2/12 | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |