# EXHIBIT LIST

CASE CAPTION Bray v. QFA Royalties LLC   CASE NUMBER 06-cv-02528-JLK

EXHIBITS LIST OF DEFENDANT QFA ROYALTIES LCC   PAGE NUMBER 1

*List of Plaintiff's Exhibits by Number (1,2,3, etc.) And Defendant's Exhibits by Letter (A,B,C, etc.)*

| EX NO | WITNESS | DESCRIPTION | REC | REJ | RUL RESVD | COMMENTS/ |
|---|---|---|---|---|---|---|
| A1 | | Notices (#3652-Abid) | | | | |
| A2 | | 5/30/06 Confirmation Termination (#3652-Abid) | | | | |
| A3 | | Notices (#3653-Abid) | | | | |
| A4 | | Notices (#3653-Abid) | | | | |
| A5 | | 5/30/06 Confirmation Termination (#3653-Abid) | | | | |
| A6 | | 6/2/06 Correspondence from Mansfeild, Tanick & Cohen (#3652 and #3653-Abid) | 2/13 | | | |
| A7 | | 6/5/06 Correspondence from Perkins Coie to Mansfield Tanick & Cohen (#3652 and #3653-Abid) | | | | |
| A8 | | 6/12/06 Correspondence from Perkins Coie to Mansfield Tanick & Cohen with attachments (#3652 and #3653-Abid) | 2/13 | | | |

[33668-0449/13016283_1.DOC]
33668-0077/LEGAL13016283.1

2/11/07

EXHIBITS LIST OF DEFENDANT QFA ROYALTIES LCC

CASE CAPTION Bray v. QFA Royalties LLC                    CASE NUMBER 06-cv-02528-JLK

List of Plaintiff's Exhibits by Number (1,2,3, etc) And Defendant's Exhibits by Letter (A,B,C, etc.)    PAGE NUMBER 2

| EX NO | WITNESS | DESCRIPTION | REC | REJ | RUL RESVD | COMMENTS/ |
|---|---|---|---|---|---|---|
| A9 | | 12/11/06 Memo from Allison Abid to TSFA (Abid) | | | | |
| A10 | | 12/14 to 12/15/06 Emails to/from Fredric Cohen to/from Brian Niemczyk and Gregory Miller (Abid) | 2/13 | | | |
| A11 | | Notices of Default (Fix) | 2/13 | | | |
| A12 | | Depos. 44 | | | | |
| A13 | | 11/28/06 Email | | | | |
| A14 | | 11/29/06 Emails | 2/13 | | | |
| A15 | | 11/30/06 Emails | | | | |
| A16 | | 12/3/06 Emails | | | | |
| A17 | | 12/5/06 Emails | | | | |
| A18 | | 12/6/06 Email | | | | |
| A19 | | 12/7/06 Email | 3/13 | | | |
| A20 | | 12/8/07 Email | 2/13 | | | |
| A21 | | Agreement and Conditional Consent to Transfer (Bray/Training Pros) | | | | |

EXHIBITS LIST OF DEFENDANT QFA ROYALTIES LCC

CASE CAPTION Bray v. QFA Royalties LLC   CASE NUMBER 06-cv-02528-JLK   PAGE NUMBER 3

List of Plaintiff's Exhibits by Number (1,2,3, etc.) And Defendant's Exhibits by Letter (A,B,C, etc.)

| EX NO | WITNESS | DESCRIPTION | REC | REJ | RUL RESVD | COMMENTS/ |
|---|---|---|---|---|---|---|
| A22 | | Letter of Intent (Bray/Training Pros) | | | | |
| A23 | | 5/28/06 Correspondence from C. Bray to JP Morgan Partners (Bray/Training Pros) | 2/13 | | | |
| A24 | | Emails to/from Michael Daigle-Christina Anderson to/from Chris Bray dated 2/7/06 – 2/13/06 (Bray/Training Pros) | | | | |
| A25 | | Emails to/from Michael Daigle to/from Chris Bray dated 2/14/06 (Bray/Training Pros) | | | | |
| A26 | | TSFA Website/Bob Baber Page 12/19/06 (Depo. Ex. 24) | | | | |
| B1 | | TSFA Website/Bob Baber Page 12/7/06 (Depo. Ex. 25 | | | | |
| B2 | | TSFA Website 12/8/06 Bob Baber Discussion Page Depo. Ex. 29 | | | | |
| B3 | | OMITTED | | | | |

EXHIBITS LIST OF DEFENDANT QFA ROYALTIES LCC

CASE CAPTION Bray v. QFA Royalties LLC    CASE NUMBER 06-cv-02528-JLK

List of Plaintiff's Exhibits by Number (1,2,3, etc.) And Defendant's Exhibits by Letter (A,B,C, etc.)    PAGE NUMBER 4

| EX NO | WITNESS | DESCRIPTION | REC | REJ | RUL RESVD | COMMENTS/ |
|---|---|---|---|---|---|---|
| B4 | | Excerpt from TSFA Website | Stip 2/12 3/13 | | | |
| B5 | | Excerpt from TSFA Website | 2/13 | | | |