# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: LaDonne Bush          Date: February 12, 2007
Court Reporter: Gwen Daniel

Civil Action No. 06-cv-02528-JLK

| | |
|---|---|
| CHRIS BRAY,<br>SABINE BRAY,<br>TRAINING PROS INC.,<br>BRAD FIX,<br>JAN FIX,<br>BJ AND F LLC,<br>HAKIM ABID, and<br>ALLISON ABID,<br><br>     Plaintiffs,<br><br>v.<br><br>QFA ROYALTIES LLC,<br><br>     Defendant. | Gregory Stross<br>Justin Kein<br><br><br><br><br><br><br><br><br><br><br><br>Fredric Cohen<br>Leonard MacPhee |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Preliminary Injunction - Day Two**

9:06 a.m.     Court in session.

Cross examination of Mr. Bray by Mr. Cohen.

**Defendant's Exhibits B-5, B-4, A-14, A-19, A-20, A-22 admitted.**

**Plaintiffs' Exhibits 4, 8, 19, 23 admitted.**

Redirect examination of Mr. Bray by Mr. Stross.

10:08 a.m.     Court in recess.
10:31 a.m.     Court in session.

Deposition testimony of Carri Bryan and Jihad Majed admitted.

**Plaintiffs' Exhibits 15, 16, 21, 24 admitted.**

Court overrules objections to deposition testimony of Lt. Piper and Ratty Baber.

Plaintiffs rest.

10:39 a.m.   Defendant's witness Patrick Meyers sworn.

Direct examination of Mr. Meyers by Mr. Cohen.

10:54 a.m.   Cross examination of Mr. Meyers by Mr. Stross.

11:14 a.m.   Redirect examination of Mr. Meyers by Mr. Cohen.

11:17 a.m.   Defendant's witness Michael Daigle sworn.

Direct examination of Mr. Daigle by Mr. MacPhee.

Cross examination of Mr. Diagle by Mr. Stross.

11:38 a.m.   Defendant's witness Carri Bryan sworn.

Direct examination of Ms. Bryan by Mr. MacPhee.

**Defendant's Exhibits A-6, A-8, A-11 admitted.**

11:51 a.m.   Court in recess.
1:22 p.m.    Court in session.

Defendant's witness Leslie Patten sworn.

Court accepts Mr. Patten as an expert.

Direct examination of Mr. Patten by Mr. Cohen.

1:35 p.m.   Cross examination of Mr. Patten by Mr. Stross.

Both sides rest.

**ORDERED:** Matter is taken under advisement.

**ORDERED:**  Temporary restraining order is continued.

**ORDERED:**  Briefs may be filed by February 20, 2007.

1:48 p.m.     Court in recess.

Hearing concluded.

Time: 3:48