IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRIS BRAY,
SABINE BRAY,
TRAINING PROS INC.,
BRAD FIX,
JAN FIX,
BJ AND F LLC,
HAKIM ABID, and
ALLISON ABID,

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the preliminary injunction hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this \_\_13th\_\_ day of February, 2007.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____  _____
Counsel for Plaintiffs                        Counsel for Defendant