IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

    Plaintiffs,

v.

**QFA ROYALTIES LLC,**

    Defendant.

## ORDER

Kane, J.

Defendant's Motion for Sanctions of Denial of Motion (Doc. 40), in which Defendant seeks the imposition of sanctions against Plaintiffs in the form of the denial of their Motion for Preliminary Injunction based on their alleged disclosure of confidential settlement matters in their Reply brief in support of that Motion, is **DENIED**. I did not consider the averred confidential information in my opinion granting the preliminary injunction, and sanctions are unwarranted. The parties are urged, moreover, to continue working with each other in an appropriate and courteous manner.

In addition, the parties are **ORDERED** to confer regarding the preparation of a Joint Status Report outlining a proposed course for preparing this case for trial. The Joint Status Report is due on or before May 22, 2007.

Dated: May 3, 2007                  *s/John L. Kane*
                                             SENIOR U.S. DISTRICT JUDGE