IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

       Plaintiffs,

v.

**QFA ROYALTIES LLC,**

       Defendant.

## MINUTE ORDER CORRECTING CAPTION OF
## ORDER ON MOTION FOR PRELIMINARY INJUNCTION

Judge John L. Kane **ORDERS**

    The caption of the Order on Motion for Preliminary Injunction erroneously listed the magistrate judge initials in this case number as BNB. The correct case number is actually 06-cv-2528-JLK-**CBS.** It is noted that at present there has been no referral to a magistrate judge for any purpose.

Dated: May 7, 2007