**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02528-JLK

CHRIS BRAY,
SABINE BRAY,
TRAINING PROS INC.,
BRAD FIX,
JAN FIX,
BJ AND F LLC,
HAKIM ABID, and
ALLISON ABID,

　　　　Plaintiffs,

v.

QFA ROYALTIES LLC,

　　　　Defendant.

---

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

　　　　THE COURT having reviewed Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, the file in this matter and being fully advised in the premises does hereby

　　　　ORDER that Defendant's answer or other response to the complaint is hereby extended for 21 days or until June 7, 2007.

　　　　DONE this ___ day of _____, 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE

33668-0077/LEGAL13248289.1