IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02528-JLK
_____

CHRISTOPHER BRAY,
SABINE BRAY,
TRAINING PROS, INC.,
HAKIM ABID,
ALLISON ABID,
BRAD FIX,
JAN FIX, and
BJ AND F LLC,

        Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

        Defendant.
_____

## JOINT STATUS REPORT
_____

**COME NOW** the parties jointly, by and through their undersigned counsel, and provide the Court with a status report.

    1.    Defendant QFA Royalties LLC indicates to the Court it will seek appellate review of the Court's May 3, 2007 decision in the Tenth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292.

    2.    The parties have also agreed to promptly seek a mediation conference through the Circuit Mediation Office of the Court of Appeals for the purpose of exploring settlement.

3.      Additionally, to the extent this Court retains jurisdiction to proceed further with the case during the appeal process, the parties have agreed to request that this matter be stayed in the trial court pending resolution of the appeal.  The parties intend to submit a joint motion in this regard at or about the time of the filing of the notice of appeal.

DATED this 18th day of May, 2007.

Respectfully submitted,

*s/Gregory R. Stross*
Gregory R. Stross
Attorney for Plaintiffs
2940 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone 303-339-0647
Facsimile 303-572-5111
gstross@earthlink.net

and

Justin Klein
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone 732-747-7100
Facsimile 219-0625
justin@marksklein.com

*s/ Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Defendant
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone:  (303) 291-2300
Facsimile 303-291-2400
lmacphee@perkinscoie.com

and

Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607-1213
Telephone:  (312) 243-1701
Facsimile:  (312) 243-1721
fredric.cohen@chengcohen.com