IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK-CBS**

**CHRIS BRAY, et al.**,

      Plaintiffs,

v.

**QFA ROYALTIES LLC,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint (Doc. 62) is **GRANTED**.  Defendant shall file an answer or other response to the Complaint on or before June 7, 2007.

Dated:  May 22, 2007