# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRISTOPHER BRAY, *et al.,*

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendant.

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant in the above-named case, QFA Royalties LLC ("Quiznos"), by its attorneys, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Order on Motion for Preliminary Injunction entered on May 3, 2007 [Doc No. 60] granting Plaintiffs' request for a preliminary injunction and any rulings incorporated therein from the Court's preliminary injunction hearing commencing on February 12, 2007.

Dated this 1st day of June, 2007.

                                                Respectfully submitted,

                                                s/ *Leonard H. MacPhee*
                                                Leonard H. MacPhee
                                                Attorney for Defendant
                                                Perkins Coie LLP
                                                1899 Wynkoop Street, Suite 700
                                                Denver, CO 80202
                                                Telephone: (303) 291-2300
                                                Facsimile: (303) 291-2400
                                                Email: lmacphee@perkinscoie.com

                                                and

        Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607-1213
Office: (312) 243-1700
E-mail: fredic.cohen@chengcohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Justin M. Klein**
justin@marksklein.com,david@marksklein.com,joanne@marksklein.com

**Gregory Robert Stross**
gstross@earthlink.net

        *s/ Leonard H. MacPhee*
Leonard H. MacPhee
Attorney for Defendant
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: lmacphee@perkinscoie.com