APPEAL

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:06-cv-02528-JLK
### Internal Use Only

| | |
|---|---|
| Bray et al v QFA Royalties | Date Filed: 12/15/2006 |
| Assigned to: Judge John L. Kane | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 196 Contract: Franchise |
| | Jurisdiction: Diversity |

**Plaintiff**

**Chris Bray**     represented by     **Gregory Robert Stross**
Gregory R. Stross, Attorney at Law
1700 Lincoln Street
#2940
Denver, CO 80203
303-339-0647
Fax: 303-339-0899
Email: gstross@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701
732-747-7100
Fax: 732-219-0625
Email: justin@marksklein.com

**Plaintiff**

**Sabine Bray**     represented by     **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Training Pros Inc.**     represented by     **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**

(See above for address)

**Plaintiff**

**Jehad Majed**  represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ali Majed**  represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Q Food Service, Inc.**  represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Brad Fix**  represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Jan Fix**  represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**BJ and F LLC**  represented by **Gregory Robert Stross**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Richard Newkirk**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Maureen Newkirk**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**David Newkirk**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Newkirk Enterprises, Inc.**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**R&M Enterprises LLP**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**

(See above for address)

**Plaintiff**

**Hakim Abid**     represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Allison Abid**     represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Daniel G. Carter, Jr.**     represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Jody L. Carter**     represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Daniel G. Carter, Sr.**     represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Madeleine Carter**     represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Carter Group LLC**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Carter Group Roseville LLC**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Glenn Keane**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**Anne Keane**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**LKB LLC**
*TERMINATED: 02/12/2007*

represented by **Gregory Robert Stross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin M. Klein**
(See above for address)

**Plaintiff**

**David Tate**　　　　　　　　　　　　　　　represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Justin M. Klein**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

**Plaintiff**

**Big Little Property Investments**　　　　represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Justin M. Klein**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

**Plaintiff**

**CTH Investments**　　　　　　　　　　　represented by **Gregory Robert Stross**
*TERMINATED: 02/12/2007*　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Justin M. Klein**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

V.

**Defendant**

**QFA Royalties LLC**　　　　　　　　　　represented by **Fredric Adam Cohen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DLA Piper Rudnick Gray Cary, LLP-
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　203 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#1900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-1293
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　312-368-7066
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 312-630-5377
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: fredric.cohen@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Leonard H. MacPhee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Perkins Coie, LLP-Denver
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1899 Wynkoop Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202-1043
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　303-291-2300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303-291-2400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lmacphee@perkinscoie.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2006 | 1 | COMPLAINT and Jury Demand against QFA Royalties LLC ( Filing fee $ 350, Receipt Number 273136) Summons issued, filed by Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Attachments: # 1 Civil Cover Sheet # 2 Special Assignment Form # 3 Receipt)(llr, ) (Entered: 12/18/2006) |
| 12/15/2006 | 2 | MOTION for Preliminary Injunction and Request for Forthwith Hearing by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (llr, ) (Entered: 12/18/2006) |
| 12/15/2006 | 3 | BRIEF in Support of 2 MOTION for Preliminary Injunction and Request for Forthwith Hearing filed by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (llr, ) (Entered: 12/18/2006) |
| 12/18/2006 | 4 | DECLARATION of *chris bray* regarding MOTION for Preliminary Injunction 2, Brief in Support of Motion,, 3 by Plaintiff Chris Bray. (Attachments: # 1 Exhibit exhibits a thru d)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 5 | DECLARATION of *jehad majed* regarding MOTION for Preliminary Injunction 2, Brief in Support of Motion,, 3 by Plaintiff Jehad Majed. (Attachments: # 1 Exhibit exhibit a# 2 Exhibit exhibit b thru g)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 6 | DECLARATION of *brad fix* regarding MOTION for Preliminary Injunction 2, Brief in Support of Motion,, 3 by Plaintiff Brad Fix. (Attachments: # 1 Exhibit exhibits a thru e)(Stross, Gregory) (Entered: 12/18/2006) |

| | | |
| --- | --- | --- |
| 12/18/2006 | 7 | DECLARATION of *richard newkirk* regarding MOTION for Preliminary Injunction2, Brief in Support of Motion,, 3 by Plaintiff Richard Newkirk. (Attachments: # 1 Exhibit exhibits a thru d)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 8 | DECLARATION of *alison abid* regarding MOTION for Preliminary Injunction2, Brief in Support of Motion,, 3 by Plaintiff Allison Abid. (Attachments: # 1 Exhibit exhibits a thru c)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 9 | DECLARATION of *daniel g. carter, jr.* regarding MOTION for Preliminary Injunction2, Brief in Support of Motion,, 3 by Plaintiff Daniel G. Carter, Jr. (Attachments: # 1 Exhibit exhibits a thru d)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 10 | DECLARATION of *anne keane* regarding MOTION for Preliminary Injunction2, Brief in Support of Motion,, 3 by Plaintiff Anne Keane. (Attachments: # 1 Exhibit exhibits a thru d)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/18/2006 | 11 | DECLARATION of *david tate* regarding MOTION for Preliminary Injunction2, Brief in Support of Motion,, 3 by Plaintiff David Tate. (Attachments: # 1 Exhibit exhibits a thru d)(Stross, Gregory) (Entered: 12/18/2006) |
| 12/19/2006 | 12 | MOTION for Leave to *Take Expedited Discovery and for Short Continuance of Hearing* by Defendant QFA Royalties LLC. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order re Motion for Leave)(MacPhee, Leonard) (Entered: 12/19/2006) |
| 12/19/2006 | 13 | NOTICE of Entry of Appearance by Fredric Adam Cohen on behalf of QFA Royalties LLC (Cohen, Fredric) (Entered: 12/19/2006) |
| 12/19/2006 | 14 | SUMMONS Returned Executed by all plaintiffs. QFA Royalties LLC served on 12/19/2006, answer due 1/8/2007. (Stross, Gregory) (Entered: 12/19/2006) |
| 12/19/2006 | 15 | ORDER denying Defendant's 12 Motion for Leave to Take Expedited Discovery and for Short Continuance of Hearing. Preliminary Injunction hearing set 12/22/06 at 9:00am. Proposed TRO Order by noon on 12/21/06. Signed by Judge John L. Kane on 12/19/06.(jjh, ) (Modified on 12/19/2006 to correct typo) (dln, ). (Entered: 12/19/2006) |
| 12/19/2006 | 16 | Utility Setting/Resetting Deadlines/Hearings: Motion for Preliminary Injunction Hearing set for 12/22/2006 09:00 AM before Judge John L. Kane, pursuant to Order on 12/19/06. Text only entry - no document attached. (jjh, ) (Entered: 12/19/2006) |
| 12/19/2006 | 17 | Docket Annotation re: 15 ORDER denying Defendant's 12 Motion for Leave to Take Expedited Discovery and for Short Continuance of Hearing. Preliminary Injunction hearing set 12/22/06 at 9:00am. Proposed TRO Order by noon on 12/21/06. [Entry modified to correct typo]. Text only entry - no document attached. (dln, ) (Entered: |

| | | |
|---|---|---|
| | | 12/20/2006) |
| 12/20/2006 | 18 | CERTIFICATE of Mailing/Service re 13 Notice of Entry of Appearance by Defendant QFA Royalties LLC. (Cohen, Fredric) (Entered: 12/20/2006) |
| 12/20/2006 | 19 | NOTICE of Entry of Appearance by Justin M. Klein on behalf of all plaintiffs (Attachments: # 1 Certificate of Service)(Klein, Justin) (Entered: 12/20/2006) |
| 12/21/2006 | 20 | LETTER re: 15 Order on Motion for Leave, *to Judge Kane* by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Klein, Justin) (Entered: 12/21/2006) |
| 12/21/2006 | 21 | Proposed Scheduling Order *Proposed TRO* by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Stross, Gregory) (Entered: 12/21/2006) |
| 12/21/2006 | 22 | DECLARATION of *Richard Newkirk - Supplemental* by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Stross, Gregory) (Entered: 12/21/2006) |
| 12/21/2006 | 23 | MOTION for Order to *Preserve the Status Quo Pending a Hearing on Plaintiffs' Motion for Preliminary Injunction* by Defendant QFA Royalties LLC. (Attachments: # 1 Proposed Order (PDF Only))(Cohen, Fredric) (Entered: 12/21/2006) |
| 12/22/2006 | 24 | Minute Entry for proceedings held before Judge John L. Kane: Motion Hearing held on 12/22/2006. Granting 23 Motion for Order to Preserve the Status Quo Pending a Hearing on Plaintiffs' Motion for Preliminary Injunction; Motion for Expedited Discovery following 12/22/06 hearing Granted. Ordered that neither side shall present any further press releases with respect the matter of Bob Baber and Ryan Baber. Preliminary Injunction Hearing 23 is set for 02/12/07, 02/13/07, 02/14/07 at 9am. |

| | | |
|---|---|---|
| | | Discovery may be conducted on 02/08/07. The TSA website regarding donations for Mr. Baber shall be taken down. Discovery due by 2/8/2007, Motion Hearing set for 2/12/2007 09:00 AM in Courtroom A 802 before Judge John L. Kane. (Court Reporter ECR-Shelly Moore.) (jjh, ) (Entered: 12/22/2006) |
| 01/08/2007 | 25 | MOTION for Partial Summary Judgment by Defendant QFA Royalties LLC. (Attachments: # 1 Affidavit Declaration of Patrick Meyers) (MacPhee, Leonard) (Entered: 01/08/2007) |
| 01/10/2007 | 26 | Stipulated MOTION to Expedite *Discovery Schedule and Set Briefing Schedule and Extend Deadlines* by Defendant QFA Royalties LLC. (Attachments: # 1 Proposed Order (PDF Only))(MacPhee, Leonard) (Entered: 01/10/2007) |
| 01/10/2007 | 27 | ORDER granting Stipulated 26 Motion to set Discovery Schedule on Expedited Basis and set Briefing Schedule and Extend Deadlines. Signed by Judge John L. Kane on 01/10/07.(jjh, ) (Entered: 01/11/2007) |
| 01/30/2007 | 28 | RESPONSE to Motion re 25 MOTION for Partial Summary Judgment *Letter to J. Kane* filed by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Stross, Gregory) (Entered: 01/30/2007) |
| 01/31/2007 | 29 | Unopposed MOTION for Extension of Time to File Response/Reply as to 25 MOTION for Partial Summary Judgment by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Attachments: # 1 Proposed Order (PDF Only) proposed order)(Stross, Gregory) (Entered: 01/31/2007) |
| 01/31/2007 | 30 | Minute ORDER granting Unopposed 29 Motion for Extension of Time for Plaintiffs to File Response to Defendant's Motion for Partial Summary Judgment. Plaintiffs shall have until 02/26/07 to file their response. Defendant's reply is due 03/13/07, by Judge John L. Kane on 01/31/07.(jjh, ) (Entered: 01/31/2007) |
| 02/01/2007 | 31 | RESPONSE to Motion re 2 MOTION for Preliminary Injunction filed by Defendant QFA Royalties LLC. (MacPhee, Leonard) (Entered: 02/01/2007) |
| 02/07/2007 | 32 | MINUTE ORDER: Parties shall submit a Joint Status Report by 2/9/2007 by Judge John L. Kane on 02/07/07. (jjh, ) (Entered: 02/07/2007) |

| | | |
|---|---|---|
| 02/07/2007 | 33 | MOTION for Protective Order *for Plaintiff Jehad Majed* by Plaintiff Jehad Majed, (Stross, Gregory) Modified on 2/8/2007 to correct filer (jjh, ). (Entered: 02/07/2007) |
| 02/08/2007 | 34 | RESPONSE to Motion re 33 MOTION for Protective Order *for Plaintiff Jehad Majed* filed by Defendant QFA Royalties LLC. (MacPhee, Leonard) (Entered: 02/08/2007) |
| 02/08/2007 | 35 | Docket Annotation re: 33 MOTION for Protective Order *for Plaintiff Jehad Majed*. Modified to correct filer. Text only entry - no document attached. (jjh, ) (Entered: 02/08/2007) |
| 02/08/2007 | 36 | Minute Entry for proceedings held before Judge John L. Kane : Denying Plaintiff 33 Motion for Protective Order; Motion Hearing held on 2/8/2007. Ordered: all settlement documents are due no later than 02/12/07 at 9am. Ordered: Plaintiff Jehad Majed's deposition can be taken telephonically on 02/09/07. (Court Reporter Adrienne Whitlow.) (jjh, ) (Entered: 02/08/2007) |
| 02/09/2007 | 37 | Joint STATUS REPORT by Defendant QFA Royalties LLC. (MacPhee, Leonard) (Entered: 02/09/2007) |
| 02/09/2007 | 38 | TRIAL BRIEF *for hearing on preliminary injunction* by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed. (Stross, Gregory) (Entered: 02/09/2007) |
| 02/11/2007 | 39 | STIPULATION *Dismissal of Ali Majed, Jehad Maged, Q Food Service, Inc., Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glen Keane, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments* by Plaintiffs Ali Majed, Q Food Service, Inc., Brad Fix, Jan Fix, BJ and F LLC, Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Chris Bray, Hakim Abid, Allison Abid, Daniel G. Carter, Jr, Jody L. Carter, Daniel G. Carter, Sr, Madeleine Carter, Carter Group LLC, Carter Group Roseville LLC, Glenn Keane, Sabine Bray, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, Training Pros Inc., Jehad Majed, Defendant QFA Royalties LLC. (Stross, Gregory) (Entered: 02/11/2007) |
| 02/11/2007 | 40 | MOTION for Sanctions *of Denial of Motion* by Defendant QFA Royalties LLC. (MacPhee, Leonard) (Entered: 02/11/2007) |
| 02/12/2007 | 41 | Minute Entry for proceedings held before Judge John L. Kane : Motion Hearing for Preliminary Injunction day 1 held on 2/12/2007. Ordered: Stipulated Motion to Dismiss with Prejudice Between Plaintiffs Jehad |

| | | |
|---|---|---|
| | | Majed, Ali Majed, Q Food Service, Inc., Richard Newkirk, Maureen Newkirk, David Newkirk, Newkirk Enterprises, Inc., R&M Enterprises LLP, Daniel G. Carter, Jr., Jody L. Carter, Daniel G. Carter, Sr., Madeleine Carter, Carter Group LLC, Carter Group Roseville Llc, Glenn Keane, Anne Keane, LKB LLC, David Tate, Big Little Property Investments, CTH Investments, and Defendant QFA Royalties LLC (Doc. 39) is granted. Ordered: The caption is this case is amended to reflect the remaining parties only. (Court Reporter Gwen Daniel.) (jjh, ) (Entered: 02/13/2007) |
| 02/13/2007 | 42 | Witness List filed by Defendant QFA Royalties LLC. (jjh, ) (Entered: 02/13/2007) |
| 02/13/2007 | 43 | Witness List filed by Plaintiffs. (jjh, ) (Entered: 02/13/2007) |
| 02/13/2007 | 44 | Exhibit List filed by Plaintiffs.(jjh, ) (Entered: 02/13/2007) |
| 02/13/2007 | 45 | Exhibit List filed by Defendant QFA Royalties LLC. (jjh, ) (Entered: 02/13/2007) |
| 02/13/2007 | 46 | Minute Entry for proceedings held before Judge John L. Kane : Motion Hearing day 2 held on 2/13/2007. Ordered: Matter taken under advisement. Ordered: Temporary Restraining Order is continued. Ordered: Briefs may be filed by 02/20/07. (Court Reporter Gwen Daniel.) (jjh, ) (Entered: 02/14/2007) |
| 02/13/2007 | 47 | Stipulation and ORDER Regarding Custody of Exhibits and Depositions: It is stipulated that upon the conclusion of the preliminary injunction hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days. Signed by Judge John L. Kane on 02/13/07. (jjh, ) (Entered: 02/14/2007) |
| 02/20/2007 | 48 | TRIAL BRIEF *Post-Hearing Brief Concerning Motion for Preliminary Injunction* 2by Plaintiffs Brad Fix, Jan Fix, BJ and F LLC, Chris Bray, Hakim Abid, Allison Abid, Sabine Bray, Training Pros Inc.(Stross, Gregory) Modified on 2/21/2007 to create linkage (gms, ). (Entered: 02/20/2007) |
| 02/20/2007 | 49 | TRIAL BRIEF *Post Hearing Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction* 2 by Defendant QFA Royalties LLC. (MacPhee, Leonard) Modified on 2/21/2007 to create linkage (gms, ). (Entered: 02/20/2007) |
| 02/20/2007 | 50 | TRANSCRIPT of Motion for Protective Order held on 02/08/07 before Judge Kane. Prepared by: Adrienne Whitlow. Pages: 1-13. (certified copy) Text Only Entry - Per statute, copies of transcripts are available for inspection in the clerk's office. Parties interested in a copy may contact the court reporter or, in the case of a transcript prepared from a digital-audio taped record, the courtroom deputy for the judicial officer. (jjh, ) (Entered: 02/21/2007) |
| | | |

| | | | |
|---|---|---|---|
| 02/21/2007 | | 51 | Docket Annotation re: 49 Trial Brief, 48 Trial Brief. These docket entries were modified to create a linkage to Doc #2. Text only entry - no document attached. (gms, ) (Entered: 02/21/2007) |
| 02/21/2007 | | 52 | RESPONSE to Motion re 40 MOTION for Sanctions *of Denial of Motion* filed by Plaintiffs Brad Fix, Jan Fix, BJ and F LLC, Chris Bray, Hakim Abid, Allison Abid, Sabine Bray, Training Pros Inc.. (Attachments: # 1 Exhibit Exhibit A - Declaration of G. Stross# 2 Exhibit Exhibit B - Transcript Protective Order 2-8-07)(Stross, Gregory) (Entered: 02/21/2007) |
| 02/28/2007 | | 53 | REPLY to Response to Motion re 40 MOTION for Sanctions *of Denial of Motion* filed by Defendant QFA Royalties LLC. (MacPhee, Leonard) (Entered: 02/28/2007) |
| 02/28/2007 | | 54 | TRANSCRIPT of Preliminary Injunction Hearing held on 12/22/06 before Judge Kane. Pages: 1-20. Prepared by: Avery/Woods Reporting Service. Text only entry - no document attached - Per statute, copies of transcripts are available for inspection in the clerk's office. Parties interested in a copy may contact the court reporter or, in the case of a transcript prepared from a digital-audio taped record, the courtroom deputy for the judicial officer. (gms, ) Modified on 3/2/2007 to indicate this is a text only entry. (gms, ). (Entered: 03/02/2007) |
| 03/02/2007 | | 55 | Docket Annotation re: [54] Transcript. This docket entry was modified to indicate it was a text only entry. Text only entry - no document attached. (gms, ) (Entered: 03/02/2007) |
| 04/25/2007 | | 56 | TRANSCRIPT of preliminary injunction hearing - volume 1 held on 02/12/2007 before Judge Kane. Pages: 1-161. Per statute, copies of transcripts are available for inspection in the clerk's office. Parties interested in a copy may contact the court reporter or, in the case of a transcript prepared from a digital-audio taped record, the courtroom deputy for the judicial officer. (Daniel, Gwen) (Entered: 04/25/2007) |
| 04/25/2007 | | 57 | TRANSCRIPT of preliminary injunction hearing - volume 2 held on 02/13/2007 before Judge Kane. Pages: 162-283. Per statute, copies of transcripts are available for inspection in the clerk's office. Parties interested in a copy may contact the court reporter or, in the case of a transcript prepared from a digital-audio taped record, the courtroom deputy for the judicial officer. (Daniel, Gwen) (Entered: 04/25/2007) |
| 05/03/2007 | | 58 | ORDER denying Defendant's 40 Motion for Sanctions of Denial of Motion. Ordered the parties are to confer regarding the preparation of a Joint Status Report outlining a proposed course for preparing this case for trial. The Joint Status Report is due by 05/22/07. Signed by Judge John L. Kane on 05/03/07.(jjh, ) (Entered: 05/03/2007) |
| 05/03/2007 | | 59 | Utility Setting/Resetting Deadlines/Hearings: Status Report due by 5/22/2007 pursuant to Order of 05/03/07. Text only entry - no document attached. (jjh, ) (Entered: 05/03/2007) |
| 05/03/2007 | | 60 | ORDER granting 2 Motion for Preliminary Injunction. The Temporary |

| | | |
|---|---|---|
| | | Restraining Order currently in place in this case is converted to a preliminary injunction. Quiznos will maintain the status quo that existed before the terminations of Plaintiffs franchise rights pending a trial on the merits of Plaintiffs claims. In this regard, Quiznos will stay enforcement of Plaintiffs terminations and will not take any action, without court approval, to change that status quo ante or otherwise prevent the ongoing operation of the stores. Signed by Judge John L. Kane on 05/03/07.(jjh, ) (Entered: 05/03/2007) |
| 05/07/2007 | 61 | MINUTE ORDER Caption of the Order on Motion for Preliminaty Injunction listed the magistrate judge initials in this case number as BNB. The correct case number is actually 06-cv-2528-JLK-CBS. It is noted that at present there has been no referral to a magistrate judge for any purpose by Judge John L. Kane on 05/07/07. (jjh, ) (Entered: 05/08/2007) |
| 05/18/2007 | 62 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, *or Otherwise Respond* by Defendant QFA Royalties LLC. (Attachments: # 1 Proposed Order (PDF Only))(MacPhee, Leonard) (Entered: 05/18/2007) |
| 05/18/2007 | 63 | Joint STATUS REPORT by Plaintiffs Brad Fix, Jan Fix, BJ and F LLC, Chris Bray, Hakim Abid, Allison Abid, Sabine Bray, Training Pros Inc., Defendant QFA Royalties LLC. (Stross, Gregory) (Entered: 05/18/2007) |
| 05/22/2007 | 64 | Minute ORDER granting Defendant's Unopposed 62 Motion for Extension of Time to Answer. QFA Royalties LLC answer due 06/07/07. Signed by Judge John L. Kane on 05/22/07.(jjh, ) (Entered: 05/22/2007) |
| 06/01/2007 | 65 | NOTICE OF APPEAL as to 60 Order on Motion for Preliminary Injunction,, by Defendant QFA Royalties LLC (MacPhee, Leonard) (Entered: 06/01/2007) |