```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX001746
Cashier ID: sg
Transaction Date: 06/01/2007
Payer Name: PERKINS COIE
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PERKINS COIE
 Amount:         $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

06-CV-2528-JLK


A fee of $45.00 will be assessed on
any returned check.
```