## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRISTOPHER BRAY, *et al.,*

     Plaintiffs,

v.

QFA ROYALTIES LLC,

     Defendant.

## UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL

Defendant QFA Royalties LLC ("Quiznos") by and through its undersigned counsel, respectfully requests this Court for a stay of proceedings pending its appeal. In further support of this motion, Quiznos states as follows:

### COMPLIANCE WITH D.C.COLO.LR 7.1

Pursuant to D.C.Colo.LR 7.1, the undersigned counsel has conferred with counsel for Plaintiffs regarding this Motion. Counsel for Plaintiffs does not oppose the relief requested herein.

1.   On May 3, 2007, this Court entered its Order on Motion for Preliminary Injunction [Doc 60]. By separate Order dated May 3, 2007 [Doc 58] this Court also ordered that the parties confer regarding filing a joint status report outlining a proposed course for preparing the case for trial.

2.   The parties conferred and based on Quiznos' intent to appeal this Court's Order on Preliminary Injunction, the parties agreed that to the extent the appeal did not divest the Court of

Dockets.Justia.com

jurisdiction or operate to stay the case pending that appeal, it made sense for the parties to seek

such a stay.  The parties notified the Court of this agreement in their Joint Status Report filed on

May 18, 2007 [Doc 63].

3.   Consistent with this agreement between the parties, on May 18, 2007, Quiznos filed

an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint

(which would otherwise have been due 15 days after the Court's May 3, 2007 Order [*see* Docs

26 and 27]).  In that Motion, Quiznos informed the Court that Quiznos intended to appeal the

Court's order granting a preliminary injunction and that it intended to file "a request that the

Court stay this matter pending the appeal process."  (Motion at 2, ¶6.)

4.   On May 22, 2007, this Court granted Defendant's Motion for Extension of Time

allowing Quiznos to file an answer or other response to the Complaint.

5.   On June 1, 2007, Quiznos filed a notice of appeal to the Tenth Circuit seeking review

of this Court's Order granting a preliminary injunction under 28 U.S.C. § 1292(a).

6.   The outcome of Quiznos appeal of the preliminary injunction may affect nature of the

claims at issue and the focus, scope and timing for any necessary additional discovery and

motions with respect to the remaining issues for full trial on the merits.

7.   Additionally, staying the proceedings pending appeal promotes the efficient use of

judicial resources.  The parties are currently negotiating in an effort to reach a settlement of the

present case.  To the extent necessary, the parties also intend to utilize the Tenth Circuit's

Mediation Office, as well as a third party private mediation service in this regard.

8.   Granting the requested stay will cause no prejudice to Plaintiffs.  The Court's

injunction will remain in effect unless and until the Tenth Circuit reverses the grant of injunction

33668-0077/LEGAL13297250.1

or further order of this Court and, therefore, both parties remain bound by their respective

obligations under the controlling franchise agreements.  Moreover, Plaintiffs do not oppose the

relief requested in this Motion.

      **WHEREFORE**, Quiznos respectfully requests the Court stay proceedings in this Court

until the resolution of its appeal to the Tenth Circuit.

      Dated this 5th day of June, 2007.

                   Respectfully submitted,

                   s/ *Leonard H. MacPhee*
                   Leonard H. MacPhee
                   Attorney for Defendant
                   Perkins Coie LLP
                   1899 Wynkoop Street, Suite 700
                   Denver, CO 80202
                   Telephone:  (303) 291-2300
                   Facsimile:  (303) 291-2400
                   Email:  lmacphee@perkinscoie.com

                   and
                   Fredric A. Cohen
                   Cheng Cohen LLC
                   1101 W. Fulton Market, Suite 200
                   Chicago, Illinois  60607-1213
                   Office:  (312)  243-1700
                   E-mail:  fredic.cohen@chengcohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following

email addresses:

**Justin M. Klein**
justin@marksklein.com,david@marksklein.com,joanne@marksklein.com

**Gregory Robert Stross**
gstross@earthlink.net

> *s/ Leonard H. MacPhee*
> Leonard H. MacPhee
> Attorney for Defendant
> Perkins Coie LLP
> 1899 Wynkoop Street, Suite 700
> Denver, CO 80202
> Telephone:  (303) 291-2300
> Facsimile:  (303) 291-2400
> Email:  lmacphee@perkinscoie.com

33668-0077/LEGAL13297250.1