# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRISTOPHER BRAY, *et al.,*

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendant.

---

## PROPOSED ORDER RE: UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL

---

THE COURT having reviewed Defendant's Unopposed Motion to Stay Proceedings Pending Appeal, the file in this matter and being fully advised in the premises does hereby

ORDER that the proceedings in this Court are hereby stayed until the resolution of Defendant's appeal to the Tenth Circuit.

DONE this __ day of _____. 2007.

                              BY THE COURT:

                              _____
                              JUDGE

33668-0077/LEGAL13298347.1