IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: LaDonne Bush        Date: February 13, 2007
Court Reporter: Gwen Daniel

Civil Action No. 06-cv-02528-JLK

| | |
|---|---|
| CHRIS BRAY, | Gregory Stross |
| SABINE BRAY, | Justin Kein |
| TRAINING PROS INC., | |
| BRAD FIX, | |
| JAN FIX, | |
| BJ AND F LLC, | |
| HAKIM ABID, and | |
| ALLISON ABID, | |

    Plaintiffs,

v.

| | |
|---|---|
| QFA ROYALTIES LLC, | Fredric Cohen |
| | Leonard MacPhee |

    Defendant.

_____

### AMENDED COURTROOM MINUTES AS TO DATE OF HEARING ONLY
### (SEE DOCUMENT 46)
_____

**Hearing on Motion for Preliminary Injunction - Day Two**

9:06 a.m.    Court in session.

Cross examination of Mr. Bray by Mr. Cohen.

**Defendant's Exhibits B-5, B-4, A-14, A-19, A-20, A-22 admitted.**

**Plaintiffs' Exhibits 4, 8, 19, 23 admitted.**

Redirect examination of Mr. Bray by Mr. Stross.

10:08 a.m.    Court in recess.

10:31 a.m.     Court in session.

Deposition testimony of Carri Bryan and Jihad Majed admitted.

**Plaintiffs' Exhibits 15, 16, 21, 24 admitted.**

Court overrules objections to deposition testimony of Lt. Piper and Ratty Baber.

Plaintiffs rest.

10:39 a.m.     Defendant's witness Patrick Meyers sworn.

Direct examination of Mr. Meyers by Mr. Cohen.

10:54 a.m.     Cross examination of Mr. Meyers by Mr. Stross.

11:14 a.m.     Redirect examination of Mr. Meyers by Mr. Cohen.

11:17 a.m.     Defendant's witness Michael Daigle sworn.

Direct examination of Mr. Daigle by Mr. MacPhee.

Cross examination of Mr. Diagle by Mr. Stross.

11:38 a.m.     Defendant's witness Carri Bryan sworn.

Direct examination of Ms. Bryan by Mr. MacPhee.

**Defendant's Exhibits A-6, A-8, A-11 admitted.**

11:51 a.m.     Court in recess.
1:22 p.m.      Court in session.

Defendant's witness Leslie Patten sworn.

Court accepts Mr. Patten as an expert.

Direct examination of Mr. Patten by Mr. Cohen.

1:35 p.m.     Cross examination of Mr. Patten by Mr. Stross.

Both sides rest.

**ORDERED:** Matter is taken under advisement.

**ORDERED:** Temporary restraining order is continued.

**ORDERED:** Briefs may be filed by February 20, 2007.

1:48 p.m.    Court in recess.

Hearing concluded.

Time: 3:48