IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02528-JLK
_____

CHRISTOPHER BRAY,
SABINE BRAY,
TRAINING PROS, INC.,
HAKIM ABID,
ALLISON ABID,
BRAD FIX,
JAN FIX, and
BJ AND F LLC,

        Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

        Defendant.
_____

PLAINTIFFS' COUNSEL GREGORY R. STROSS'S MOTION TO WITHDRAW
REPRESENTATION FOR PLAINTIFFS CHRISTOPHER BRAY, SABINE BRAY
AND TRAINING PROS, INC.
_____

     COMES NOW Gregory R. Stross, Attorney At Law, and moves this Court for an Order granting permission to withdraw as counsel representing plaintiffs Christopher Bray, Sabrina Bray and Training Pros, Inc., and states in support thereof as follows

     Substantial and irreconcilable differences of opinion concerning the course and scope of representation have arisen between plaintiffs Christopher Bray, Sabrina Bray and Training Pros, Inc., and counsel Stross.  The differences are of a nature and at a level such that counsel is required to seek to withdraw from further representation of these plaintiffs in this matter and other related

matters, as well.

These three plaintiffs continue to be represented in this action by the New Jersey law firm of Marks Klein, LLP. Attorney Justin Klein of Marks & Klein, LLP, has indicated that he has been admitted to the U.S. District Court, District of Colorado.

Withdrawing counsel, by this motion and separate correspondence, has provided to plaintiffs Christopher Bray, Sabrina Bray and Training Pros, Inc., notice at their last known address that counsel Stross has requested permission to withdraw from this case by presenting to the Court a Motion to Withdraw Representation. Further, that the Court will retain jurisdiction over them and over the subject matter of the action; that they or remaining counsel will have the burden of keeping the Court informed where notices, pleadings, or other papers may be served upon them; and that they or remaining counsel will have the obligation to prepare for all court proceedings.

There are currently no pending proceedings scheduled in this matter in the District Court.

Counsel Stross will continue to represent Hakim Abid, Allison Abid, Brad Fix, Jan Fix, and BJ and F, LLC, in this matter.

It would serve the interests of justice for the Court to grant permission to Gregory R. Stross to withdraw from further representation of Christopher Bray, Sabrina Bray and Training Pros, Inc., in this case.

DATED this June 26, 2007.

            Respectfully submitted,

            *s/Gregory R. Stross*
            Gregory R. Stross
            2940 Wells Fargo Center
            1700 Lincoln Street
            Denver, Colorado 80203
            Telephone 303-339-0647
            Facsimile 303-572-5111
            gstross@earthlink.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007 I electronically filed the foregoing *Plaintiffs' Counsel Gregory R. Stross's Motion To Withdraw Representation For Plaintiffs Christopher Bray, Sabine Bray And Training Pros, Inc.,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 lmacphee@perkinscoie.com — Leonard H. MacPhee, Esq.
 fredric.cohen@dlapiper.com — Fredric A. Cohen, Esq.
 justin@marksklein.com – Justin M. Klein, Esq.

and that a copy of this pleading was served by U.S. Mail upon the following parties to this action:

| Christopher Bray | Sabrina Bray | Training Pros, Inc. |
| --- | --- | --- |
| 1378 Pecan Creek Road | 1378 Pecan Creek Road | 1378 Pecan Creek Road |
| Killeen, Texas 76549 | Killeen, Texas 76549 | Killeen, Texas 76549 |

            By: *s/Gregory R. Stross*
             Gregory R. Stross