IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02528-JLK

_____

CHRISTOPHER BRAY,
SABINE BRAY,
TRAINING PROS, INC.,
HAKIM ABID,
ALLISON ABID,
BRAD FIX,
JAN FIX, and
BJ AND F LLC,

          Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

          Defendant.

_____

NOTICE OF ATTORNEY'S LIEN OF GREGORY R. STROSS CONCERNING PLAINTIFFS
CHRISTOPHER BRAY, SABINE BRAY AND TRAINING PROS, INC.

_____

      COMES NOW Gregory R. Stross, Attorney At Law, providing notice to all parties and

asserting an attorney's lien for fees earned in representation of plaintiffs Christopher Bray,

Sabine Bray and Training Pros, Inc. (collectively "the Brays"), and states as follows:

      Pursuant to a written agreement, counsel Stross performed legal services for the Brays in

this matter, in *QFA Royalties LLC, et al,. v. Chris Bray, et al.*, Denver District Court, 06-cv-

6641, and *Chris Bray, et al., v. QFA Royalties LLC*, United States Court of Appeals for the Tenth

Circuit, 07-1235.  These matters involve identical subject matters.

      The Brays agreed to compensate Stross at a rate of $200.00 (Two-Hundred Dollars) per

hour for legal services he provided.  Representation of the Brays by Stross was terminated on approximately June 25, 2007.  A Motion to Withdraw Representation has been filed by Stross in this and the other two noted actions.

At the time of the filing of this pleading, the Brays owe Stross costs and fees totaling $19,460.52 (Nineteen-thousand, four-hundred, sixty dollars and fifty-two cents).  A final statement for costs, fees and services will be provided following counsel having been granted permission to withdraw from each case.

DATED this June 26, 2007.

Respectfully submitted,

*s/Gregory R. Stross*
Gregory R. Stross
2940 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone 303-339-0647
Facsimile 303-572-5111
gstross@earthlink.net

**<u>Certificate Of Service</u>**

I hereby certify that on June 26, 2007 I electronically filed the foregoing *Notice Of Attorney's Lien Of Gregory R. Stross Concerning Plaintiffs- Christopher Bray, Sabine Bray And Training Pros, Inc.,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

        lmacphee@perkinscoie.com — Leonard H. MacPhee, Esq.
        fredric.cohen@dlapiper.com — Fredric A. Cohen, Esq.
        justin@marksklein.com – Justin M. Klein, Esq.

and that a copy of this pleading was served by U.S. Mail upon the following parties to this action:

| Christopher Bray | Sabrina Bray | Training Pros, Inc. |
|---|---|---|
| 1378 Pecan Creek Rd | 1378 Pecan Creek Rd | 1378 Pecan Creek Road |
| Killeen, Texas  76549 | Killeen, Texas  76549 | Killeen, Texas  76549 |

                  By: *s/Gregory R. Stross*
                    Gregory R. Stross

3