UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

June 27, 2007

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    Bray, et al v. QFA Royalities**

Court of Appeals Case No. 07-1235
District Court Case No. 06-cv-02528-JLK

Dear Clerk of Court:

      Please be advised that the record in the above referenced matter is now complete.

      A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

      Sincerely,
      GREGORY C. LANGHAM, Clerk


      by s/ Bobbi Reed
        Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING