IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK-CBS**

**CHRIS BRAY, et al.**,

        Plaintiffs,

v.

**QFA ROYALTIES LLC,**

        Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Plaintiff's Counsel Gregory R. Stross's Motion to Withdraw Representation for Plaintiffs Christopher Bray, Sabine Bray and Training Pros, Inc. (Doc. #71), filed June 26, 2007, is **GRANTED**. Gregory R. Stross is permitted to withdraw as attorney of record for Plaintiffs Christopher Bray, Sabine Bray and Training Pros, Inc.

---

Dated: June 27, 2007