# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRIS BRAY, et al.,

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendants.

---

## PLAINTIFFS' COUNSEL JUSTIN M. KLEIN'S
## MOTION TO WITHDRAW REPRESENTATION

---

**COMES NOW** Justin M. Klein, Attorney at Law, and moves this Court for an Order granting permission to withdraw from this case as counsel for Plaintiffs Allison Abid and Brad Fix, and states in support thereof as follows:

Counsel Klein was retained and entered his appearance as counsel for all Plaintiffs on December 20, 2006. Plaintiffs Allison Abid and Brad Fix continue to be represented in this action by Gregory Robert Stross, who has been acting as co-counsel. Counsel Klein's services have been terminated as superfluous.

Withdrawing counsel, by this motion provided to such other counsel representing Plaintiffs Abid and Fix, has provided notice that he has requested permission to withdraw from this case by presenting to the Court a Motion to Withdraw Representation. Further, notice has been provided that the Court will retain jurisdiction over them and over the subject matter of the action; that they or remaining counsel will have the burden of keeping the Court informed where notices, pleadings, or other papers may be served upon

them; and that they or remaining counsel will have the obligation to prepare for all court proceedings, or secure other counsel to so prepare.

It would serve the interests of justice for the Court to grant permission to Justin M. Klein, Attorney at Law, to withdraw from further representation of Plaintiffs Allison Abid and Brad Fix in this case.

Dated this 16th day of August, 2007.

/s/ Justin M. Klein
_____
Justin M. Klein
63 Riverside Avenue
Red Bank NJ  07701
(303) 339-0647
(303) 572-5111 (fax)
jklein@marksklein.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I certify that on August 16, 2007, a true and correct copy of the above Motion to Withdraw Representation and accompanying papers was served on the following via the CM/ECF system:

Gregory R. Stross
2940 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Facsimile 303-572-5111
gstross@earthlink.net

Fredric A. Cohen, Esq.
Cheng Cohen LLP
1101 West Fulton Street, Suite 200
Chicago, IL 60607
fredric.cohen@chengcohen.com

Leonard MacPhee
Perkins Coie
1899 Wynkoop Street, Suite 700
Denver, CO 80202
lmacphee@perkinscoie.com