IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK

CHRIS BRAY, et al.,

    Plaintiffs,

v.

QFA ROYALTIES LLC,

    Defendants.

---

### ORDER ON PLAINTIFFS' COUNSEL JUSTIN M. KLEIN'S MOTION TO WITHDRAW REPRESENTATION

---

THE COURT, having reviewed the pleadings and being properly advised in the premises, does HEREBY

_____    GRANT

_____    DENY

the Motion to Withdraw Representation of Plaintiffs Allison Abid and Brad Fix, filed by Justin M. Klein.

BY THE COURT

_____
U.S.D.J.