IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

    Plaintiffs,

v.

**QFA ROYALTIES LLC,**

    Defendant.

## ORDER RE COUNSEL KLEIN'S MOTION TO WITHDRAW

Kane, J.

The Motion (Doc. 75) of attorney Justin M. Klein, Esq., to Withdraw as counsel for Plaintiffs Allison Abid and Brad Fix is GRANTED, pursuant to D.C.COLO.LCiv.R 83.3(D), for good cause shown. The Abids continue to be represented in this action by Gregory Robert Stross, Esq.

Dated: August 17, 2007             *s/John L. Kane*
                                                 SENIOR U.S. DISTRICT JUDGE