IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

    Plaintiffs,

v.

**QFA ROYALTIES LLC,**

    Defendant.

## ORDER

Kane, J.

In the absence of any other motion or notice having been filed in this case before then, the parties shall file a joint statement setting forth the status of this case on Friday, September 7, 2007.

Dated:  August 17, 2007            *s/John L. Kane*
                                                       SENIOR U.S. DISTRICT JUDGE