IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02528-JLK
_____

CHRISTOPHER BRAY,
SABINE BRAY,
TRAINING PROS, INC.,
HAKIM ABID,
ALLISON ABID,
BRAD FIX,
JAN FIX, and
BJ AND F LLC,

        Plaintiffs,

v.

QFA ROYALTIES LLC, a Delaware limited liability company,

        Defendant.
_____

## JOINT STATUS REPORT
_____

**COME NOW** the parties jointly, by and through their undersigned counsel, and provide the Court with a status report.

    1.    Plaintiffs Christopher Bray, Sabine Bray, Training Pros, Inc., and Defendant QFA Royalties LLC, have reached a resolution of their claims in this and related matters. They anticipate filing a written stipulation for dismissal with the Court promptly.

    2.    Defendant QFA Royalties LLC, has sought appellate review of this Court's May 3, 2007 decision in the Tenth Circuit Court of Appeals. The opening brief in that appeal is due to be filed by Defendant-Appellant QFA Royalties LLC, on October 3, 2007.

3. The remaining plaintiffs, Hakim Abid, Allison Abid, Brad Fix, Jan Fix, and BJ and F LLC, request the Court, to the extent it retains jurisdiction, set a Scheduling Conference and place this matter onto a trial track.

4. Defendant QFA Royalties LLC continues to request that this Court stay proceedings pending the outcome of the appeal, consistent with the parties' May 18, 2007 Joint Status Report and for the reasons set forth in Defendant QFA Royalties LLC's Unopposed Motion to Stay Proceedings Pending Appeal dated June 5, 2007 (Doc. #67), which is incorporated herein by reference.

DATED this 7th day of September, 2007.

Respectfully submitted,

| | |
|---|---|
| *s/Gregory R. Stross* | *s/ Leonard H. MacPhee* |
| Gregory R. Stross | Leonard H. MacPhee |
| Attorney for Plaintiffs | Attorney for Defendant |
| 2940 Wells Fargo Center | Perkins Coie LLP |
| 1700 Lincoln Street | 1899 Wynkoop Street, Suite 700 |
| Denver, Colorado 80203 | Denver, CO 80202 |
| Telephone 303-572-5105 | Telephone: (303) 291-2300 |
| Facsimile 303-572-5111 | Facsimile 303-291-2400 |
| gstross@earthlink.net | lmacphee@perkinscoie.com |

and

Fredric A. Cohen
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607-1213
Telephone: (312) 243-1701
Facsimile: (312) 243-1721
fredric.cohen@chengcohen.com