IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

      Plaintiffs,

v.

**QFA ROYALTIES LLC,**

      Defendant.

---

## ORDER DISMISSING CERTAIN PARTIES

Kane, J.

      THE COURT has reviewed the Stipulated Motion to Dismiss with Prejudice (doc. #80), filed October 29, 2007.  The Motion is GRANTED.  It is

      ORDERED that Plaintiffs Christopher Bray, Sabine Bray and Training Pros, Inc. are DISMISSED WITH PREJUDICE from this case and will bear their own costs, including attorney fees, incurred in this matter.

      Dated:  October 29, 2007

      BY THE COURT:

      *s/John L. Kane*
      SENIOR U.S. DISTRICT JUDGE