IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02528-JLK**

**HAKIM ABID,**
**ALLISON ABID,**
**BRAD FIX,**
**JAN FIX and**
**BJ AND F LLC,**

      Plaintiffs,

v.

**QFA ROYALTIES LLC,**

      Defendant.

---

## ORDER DISMISSING CERTAIN PARTIES

THE COURT has reviewed the Stipulated Motion to Dismiss with Prejudice (doc. #86), filed May 7, 2008. The Motion is GRANTED. It is

ORDERED that Plaintiffs Brad Fix, Jan Fix and BJ and F LLC are dismissed with prejudice from this case and will be responsible to bear their own costs, including attorneys' fees, incurred in this matter.

DATED this 8th day of May, 2008.

                                BY THE COURT:

                                *s/John L. Kane*
                                John L. Kane, Senior Judge
                                United States District Court