IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02528-JLK**

**CHRIS BRAY, et al.**,

       Plaintiffs,

v.

**QFA ROYALTIES LLC,**

       Defendant.

## ORDER

Kane, J.

      Agreeing with the Tenth Circuit's determination in dismissing the sole remaining plaintiffs' appeal that the underlying injunction is moot, any claims remaining in this case are also deemed moot and any remaining effects of the injunction are hereby lifted. This case is closed.

      Dated: December 4, 2008

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              SENIOR U.S. DISTRICT JUDGE